

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2015

No. 04-15-00487-CV

**CONOCOPHILLIPS COMPANY**,
Appellant

v.

Leon Oscar **RAMIREZ**, Jr., Individually, and Jesus M. Dominguez, as Guardian for Minerva
Clementina Ramirez, an incapacitated person, Individually,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,637
Honorable Jose A. Lopez, Judge Presiding

## ORDER

The Cross-Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Cross-Appellant's brief is this date GRANTED. Time is extended to January 29, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Lisa Hobbs                        Alberto Alarcon
     Kuhn Hobbs PLLC                   Hall, Quintanilla & Alarcon

     J. Francisco Tamez                Jesse R. Castillo
     Kazen, Meurer & Perez, L.L.P.     Castillo Snyder, P.C.

     Michael V. Powell
     Locke Lord LLP